Cir. Certiorari denied. *Samuel Gottlieb* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger, Samuel D. Slade* and *Herman Marcuse* for respondent.

No. 226. THEARD *v.* LOUISIANA STATE BAR ASSOCIATION. Supreme Court of Louisiana. Certiorari denied. *Charles J. Rivet* for petitioner.

No. 227. DOBRY FLOUR MILLS, INC. *v.* CHICAGO, ROCK ISLAND & PACIFIC RAILROAD Co. C. A. 10th Cir. Certiorari denied. *Duke Duvall* for petitioner.

No. 228. KAYE ET AL. *v.* FLORIDA. Supreme Court of Florida. Certiorari denied. *Mayer Goldberg* and *George C. Dayton* for petitioners.

No. 229. RICKENBAKER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *David L. Luce* for the United States.

No. 231. ESTATE OF SCADRON *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Sylvia D. Levy* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *S. Dee Hanson* for respondent.

No. 234. REYNOLDS *v.* ROLL, DISTRICT ATTORNEY. District Court of Appeal of California, Second Appellate